**Form B18** (Official Form 18)

# United States Bankruptcy Court
Eastern District of Wisconsin
Case No. <u>03–37942–mdm</u>
**Chapter 7**

In re:
   David Charles Mish Jr.
   1445 South 80th Street
   West Allis, WI 53214

Social Security No.:
   xxx–xx–3131

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

          BY THE COURT

Dated: <u>3/19/04</u>          <u>Margaret Dee McGarity</u>
          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: cah              Page 1 of 1              Date Rcvd: Mar 19, 2004
Case: 03-37942                Form ID: b18           Total Served: 17
```

The following entities were served by first class mail on Mar 21, 2004.
```
db          David Charles Mish, Jr.,   1445 South 80th Street,   West Allis, WI  53214
aty         James L. Miller,   633 West Wisconsin Avenue,   Suite 1500,   Milwaukee, WI  53203
tr          Andrew N. Herbach,   324 East Wisconsin Avenue,   Suite 1100,   Milwaukee, WI  53202
ust         Office Of The U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI  53202
3462435     Attorney Meghan P. MacKelly,   Kohn Law Firm,   312 East Wisconsin Avenue,   Suite 501,
              Milwaukee, WI 53202-4305
3462436     Brown County Circuit Court,   Clerk of Courts,   100 South Jefferston Street,   Green Bay, WI 54301
3462437     Credit Pac,   P.O. Box 608,   Tinley Park, IL 60477-0608
3462438     Division of Unemployment Insurance,   Benefit Overpayment Collections Uni,   P.O. Box 7888,
              Madison, WI 53707-7888
3462439     Milwaukee Circuit Court,   Court Clerk,   901 North 9th Street,   Milwaukee, WI 53233
3462440     Milwaukee County Circuit Court,   Clerk Of Courts,   901 North 9th Street,   Milwaukee, WI 53233
3462444     Progressive Northern Insurance Comp,   6055 Parkand Boulevard,   Mayfield Heights, OH 44124
3462445     SBC/Ameritech,   Bill Payment Center,   Saginaw, MI 48663-0003
3462446     Sprint PCS,   P.O. box 219554,   Kansas City, MO 64121
3462448     WI SCTF,   P.O. Box 07914,   Milwaukee, WI 53207
3462447     Which Way USA,   P.O. Box 5016,   Clifton, NJ 07015-5016
3462449     Wisconsin Department of Corrections,   P.O. Box 7925,   Madison, WI 53707-7905
3462450     Wisconsin Department of Transportat,   Compiance & Restoration Section,   4802 Sheboygan Avenue,
              P.O. Box 7983,   Madison, WI 53707-7983
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3462441*    Milwaukee County Circuit Court,   Clerk Of Courts,   901 North 9th Street,   Milwaukee, WI 53233
3462442*    Milwaukee County Circuit Court,   Clerk of Courts,   901 North 9th Street,   Milwaukee, WI 53233
3462443*    Milwaukee County Circuit Court,   Clerk of Courts,   901 North 9th Street,   Milwaukee, WI 53233
                                                                                        TOTALS: 0, * 3
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 21, 2004**                    **Signature:**      *Joseph Speetjens*